828

No. 267. GLASS v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Louis Bender* and *Moses Kove* for petitioner. *Edwyn Silberling* and *Jerome C. Ditore*, Special Assistant Attorneys General of New York, for respondent.

No. 269. BOROUGH OF EAST NEWARK ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Allan L. Tumarkin* and *William A. Ancier* for petitioners. *Solicitor General Rankin*, Assistant Attorney General Rice and *A. F. Prescott* for the United States.

No. 265. PARNELL v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Dorsey B. Hardeman* for petitioner. *Will Wilson*, Attorney General of Texas, *Riley Eugene Fletcher* and *Leon F. Pesek*, Assistant Attorneys General, for respondent.

No. 272. SQUEEZ-A-PURSE CORP. v. STILLER ET AL. C. A. 6th Cir. Certiorari denied. *Robert I. Dennison* for petitioner. *Albert R. Teare* and *J. William Freeman* for respondents.

No. 275. SCHULTETUS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Paul L. Sedgwick* and *L. W. Anderson* for petitioners. *Solicitor General Rankin*, Assistant Attorney General Doub and *Morton Hollander* for the United States.

No. 286. FRANANO v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Walter A. Raymond* and *Kenneth C. West* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.